# EXHIBIT B

US 11,019,372

**Analysis of Infringement of U.S. Patent No. 11,019,372 by Zoom Video Communications, Inc.**
**(Based on Public Information Only)**

Scale Video Coding, LLC ("Scale Video") provides this preliminary and exemplary infringement analysis with respect infringement of U.S. Patent No. 11,019,372, entitled "LAYERED MULTICAST AND FAIR BANDWIDTH ALLOCATION AND PACKET PRIORITIZATION" (the "'372 patent") by Zoom Video Communications, Inc. ("Zoom"). The following chart illustrates an exemplary analysis regarding infringement by Zoom's Zoom Meetings, Zoom Rooms, Zoom Phone, Zoom Video Webinars, Zoom Events, Zoom Chat, Zoom United, Scheduling Display, Digital Signage, Mobile, and Annotation products. (collectively, the "Accused Instrumentalities").

The analysis set forth below is based only upon information from publicly available resources regarding the Accused Instrumentalities, as Zoom has not yet provided any non-public information.

Unless otherwise noted, Scale Video contends that Zoom directly infringes the '372 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Accused Instrumentalities. The following exemplary analysis demonstrates that infringement.

Unless otherwise noted, Scale Video believes and contends that each element of each claim asserted herein is literally met through Zoom's provision of the Accused Instrumentalities. However, to the extent that Zoom attempts to allege that any asserted claim element is not literally met, Scale Video believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Accused Instrumentalities, Scale Video did not identify any substantial differences between the elements of the patent claims and the corresponding features of the Accused Instrumentalities, as set forth herein. In each instance, the identified feature of the Accused Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

Scale Video notes that the present claim chart and analysis are necessarily preliminary in that Scale Video has not obtained substantial discovery from Zoom nor has Zoom disclosed any detailed analysis for its non-infringement position, if any. Further, Scale Video does not have the benefit of claim construction or expert discovery. Scale Video reserves the right to supplement and/or amend the positions taken in this preliminary and exemplary infringement analysis, including with respect to literal infringement and infringement under the doctrine of equivalents, if and when warranted by further information obtained by Scale Video, including but not limited to information adduced through information exchanges between the parties, fact discovery, claim construction, expert discovery, and/or further analysis.

US 11,019,372

| | **(Infringement)** |
|---|---|
| 1. A video router, comprising: | Scalable video routers conforming to the H.264 standard perform a method of transmitting video signals by forwarding IP data packets containing scalable video information. <br><br> sciencedirect.com/topics/engineering/scalable-coding <br><br> to serve the various users' requirements. Usually all participants would have to agree on some minimal quality for the video conference, but this is not really satisfactory in many cases. With the advent of SVC, the MCU is not needed because transcoding is not needed. Using the SVC standard, so-called *video routers* can be substituted for the MCUs. These routers only have to forward and delete packets as appropriate to that user's connection and needs, so little extra delay is added. In effect, video packets can be routed by the video router based on their headers, just like other network packets. <br><br> *See* https://www.sciencedirect.com/topics/engineering/temporal-scalability (last accessed Oct. 6, 2021) (annotated). |
| a memory; and a processor, wherein the processor executes instructions | All routers comprise a memory and a processor, wherein the processor executes instructions stored in the memory. |

stored in the memory to cause the video router to:



| | **(Infringement)** |
|---|---|
| | *See* https://www.learncisco.net/courses/icnd-2/network-management/router-internal-components-overview.html (last accessed Oct. 6, 2021) (annotated). |
| receive a layered video data stream | Scalable video routers conforming to the H.264 standard perform a method of receiving a multi-layered stream. |

US 11,019,372

| (Infringement) |
|---|
| sciencedirect.com/topics/engineering/scalable-video-coding

# Communicating Pictures: Delivery Across Networks

David R. Bull, in Communicating Pictures, 2014

## Scalable video encoding
It is common in video transmission for the signal to be encoded and transmitted without explicit knowledge of the downstream network conditions. In cases where network congestion exists in a packet switched network such as the internet, routers will discard packets that they are unable to forward due to congestion. In some cases it is possible for packets within a stream to be prioritized or embedded such that the least important information is discarded before the more important data. This mechanism lends itself to scalable or layered encoding, where a video signal is composed of a hierarchical layering in terms of spatial resolution, temporal resolution or SNR. This enables devices to transmit and receive multilayered video streams where a base level of quality can be improved through the use of optional additional layers that enhance resolution, frame rate, and/or quality.

*See* https://www.sciencedirect.com/topics/engineering/temporal-scalability (last accessed Oct. 6, 2021) (annotated). |

US 11,019,372

| | (Infringement) |
|---|---|
| including a <span style="color:blue">base layer</span> and a <span style="color:red">set of enhancement layers</span>, |  |

| (Infringement) |
| --- |
| *See* https://www.mistralsolutions.com/articles/h-264-svc-update-h-264-video-compression-standard/ (last accessed Oct. 6, 2021)<br><br>The "base layer" is the minimum decodable bitstream subset (or sub-bitstream), and every other layer is an enhancement layer.<br><br>    **G.3.4**    **base layer**: A *bitstream subset* that contains all *NAL units* with the nal_unit_type *syntax element* equal to 1 and 5 of the *bitstream* and does not contain any *NAL unit* with the nal_unit_type *syntax element* equal to 14, 15, or 20 and conforms to one or more of the profiles specified in Annex A.<br><br>*See* Telecommunication Standardization Sector, International Telecommunication Union, H.264 Infrastructure of audiovisual services – Coding of moving video, 437 (Jun. 2019) ("ITU-T H.264"). |

| (Infringement) |
|---|
|  |

US 11,019,372

| (Infringement) |
|---|



# MPEG-4 Visual and H.264/AVC: Standards for Modern Digital Video

Berna Erol, ... Lowell Winger, in The Essential Guide to Video Processing, 2009

## 10.3.6 Scalability

In addition to the video coding tools discussed so far, MPEG-4 Part 2 provides scalability tools that allow organization of the bitstream into base and enhancement layers. The enhancement layers are transmitted and decoded depending on the bit rate, display resolution, network throughput, and decoder complexity constraints. Temporal, spatial, quality, complexity, and object-based

*See* https://www.sciencedirect.com/topics/engineering/enhancement-layer (last accessed Oct. 6, 2021) (annotated).

Scalable video data streams coded according to the H.264 standard comprise a single bitstream that is further comprised of layers, wherein combinations of layers form "bitstream subsets" that may be decoded as video data streams.

**G.3.54   scalable bitstream:** A *bitstream* with the property that one or more *bitstream subsets* that are not identical to the scalable bitstream form another *bitstream* that conforms to this specification.

9

US 11,019,372

| (Infringement) |
| --- |
| *See* ITU-T H.264 at 440.<br><br>G.3.6    **bitstream subset**: A *bitstream* that is derived as a *subset* from a *bitstream* by discarding zero or more *NAL units*. A *bitstream subset* is also referred to as *sub-bitstream*.<br><br>See ITU-T H.264 at 437.<br><br>Scalable video coding is specified in Annex G allowing the construction of bitstreams that contain sub-bitstreams that conform to this Specification. For temporal bitstream scalability, i.e., the presence of a sub-bitstream with a smaller temporal sampling rate than the bitstream, complete access units are removed from the bitstream when deriving the sub-bitstream. In this case, high-level syntax and inter prediction reference pictures in the bitstream are constructed accordingly. For spatial and quality bitstream scalability, i.e., the presence of a sub-bitstream with lower spatial resolution or quality than the bitstream, NAL units are removed from the bitstream when deriving the sub-bitstream. In this case, inter-layer prediction, i.e., the prediction of the higher spatial resolution or quality signal by data of the lower spatial resolution or quality signal, is typically used for efficient coding. Otherwise, the coding algorithm as described in the previous paragraph is used.<br><br>See ITU-T H.264 at 4. |

| identify bandwidth-limited conditions of an internet protocol network between the video router and a plurality of | Scalable video routers detect conditions in which bandwidth is limited.  Such a bandwidth limitation could be caused by a congested state of a network over which packets must be sent, or a weak physical connection between two or more links in the network, a limitation in the capabilities of a given receiver, or some other network condition that would limit the bandwidth between one or more nodes. |
| --- | --- |

| (Infringement) |
|---|

| | |
|---|---|
| video receivers, | **Communicating Pictures: Delivery Across Networks**<br><br>David R. Bull, in Communicating Pictures, 2014<br><br>Scalable video encoding<br>It is common in video transmission for the signal to be encoded and transmitted without explicit knowledge of the downstream network conditions. In cases where network congestion exists in a packet switched network such as the internet, routers will discard packets that they are unable to forward due to congestion. In some cases it is possible for packets within a stream to be prioritized or embedded such that the least important information is discarded before the more important data. This mechanism lends itself to scalable or layered encoding, where a video signal is composed of a hierarchical layering in terms of spatial resolution, temporal resolution or SNR. This enables devices to transmit and receive multilayered video streams where a base level of quality can be improved through the use of optional additional layers that enhance resolution, frame rate, and/or quality.<br><br>*See* https://www.sciencedirect.com/topics/engineering/temporal-scalability (last accessed Oct. 6, 2021) (annotated). |

| (Infringement) |
|---|
| ↻  🔒 sciencedirect.com/topics/engineering/scalable-coding<br><br>to serve the various users' requirements. Usually all participants would have to agree on some minimal quality for the video conference, but this is not really satisfactory in many cases. With the advent of SVC, the MCU is not needed because transcoding is not needed. Using the SVC standard, so-called *video routers* can be substituted for the MCUs. These routers only have to forward and delete packets <u>as appropriate to that user's connection and needs</u>, so little extra delay is added. In effect, video packets can be routed by the video router based on their headers, just like other network packets.<br><br>*See* https://www.sciencedirect.com/topics/engineering/temporal-scalability (last accessed Oct. 6, 2021) (annotated). |

| forward the base layer from the video router to at least two of the plurality of video receivers via the internet | Because the base layer is the minimum bitstream subset of a given scalable bitstream that is capable of being decoded, every receiver that receives a decodable bitstream subset is sent at least the base layer. |
|---|---|

| (Infringement) |
|---|

| | |
|---|---|
| protocol network, | **G.8.8.2  Specification of the base layer bitstream**<br><br>Each scalable bitstream that conforms to this specification shall contain a base layer bitstream that conforms to one or more of the profiles specified in Annex A. This base layer bitstream is derived by invoking the sub-bitstream extraction process as specified in clause G.8.8.1 with dIdTarget being equal to 0 and qIdTarget being equal to 0 and the base layer bitstream being the output.<br><br>NOTE – Although all scalable bitstreams that conform to one or more of the profiles specified in this annex contain a base layer bitstream that conforms to one or more of the profiles specified in Annex A, the complete scalable bitstream (prior to operation of the base layer extraction process specified in this clause) may not conform to any profile specified in Annex A.<br><br>**Rec. ITU-T H.264 (06/2019)**     595<br><br>*See* ITU-T H.264 at 595. |
| and selectively forward one or more of the set of enhancement layers, but fewer than all of the set of enhancement layers, to at least two of the plurality of video | If a given end destination can be reached at data speeds insufficient to transmit the complete scalable bitstream because of a bandwidth-limiting condition, the scalable video router will select and send all of the enhancement layers which can be sent at sufficient data speeds for each of the plurality of video receivers.<br><br>For instance, as shown below, fewer than all of the set of enhancement layers are forwarded when priority_id is greater than pIdTarget, or temporal_id is greater than tIdTarget, or dependency_id is greater than dIdTarget (or dependency_id is equal to dIdTarget but quality_id is greater than qIdTarget) for any VCL NAL units or filler data NAL units in the bitstream. |

US 11,019,372

| (Infringement) |
|---|
| receivers through the internet protocol network based upon the identified bandwidth-limited conditions, | The sub-bitstream is derived by applying the following operations in sequential order:<br><br>1. Mark all VCL NAL units and filler data NAL units for which any of the following conditions are true as "to be removed from the bitstream":<br><br>  &ndash;  priority_id is greater than pIdTarget,<br><br>  &ndash;  temporal_id is greater than tIdTarget,<br><br>  &ndash;  dependency_id is greater than dIdTarget,<br><br>  &ndash;  dependency_id is equal to dIdTarget and quality_id is greater than qIdTarget.<br><br>2. Remove all access units for which all VCL NAL units are marked as "to be removed from the bitstream".<br><br>3. Remove all VCL NAL units and filler data NAL units that are marked as "to be removed from the bitstream".<br><br>4. When dIdTarget is equal to 0 and qIdTarget is equal to 0, remove the following NAL units:<br><br>  &ndash;  all NAL units with nal_unit_type equal to 14 or 15,<br><br>  &ndash;  all NAL units with nal_unit_type equal to 6 in which the first SEI message has payloadType in the range of 24 to 35, inclusive.<br><br>5. Remove all NAL units with nal_unit_type equal to 6 that only contain SEI messages that are part of a scalable nesting SEI message with any of the following properties:<br><br>  &ndash;  sei_temporal_id is greater than tIdTarget,<br><br>  &ndash;  the minimum value of ( sei_dependency_id[ i ] << 4 ) + sei_quality_id[ i ] for all i in the range of 0 to num_layer_representations_minus1, inclusive, is greater than ( dIdTarget << 4 ) + qIdTarget.<br><br>6. Remove all NAL units with nal_unit_type equal to 6 that contain SEI messages with payloadType equal to 24, 28, or 29.<br><br>*See* ITU-T H.264 at 595. |

US 11,019,372

| (Infringement) |
| --- |
| All sub-bitstreams that can be derived using the sub-bitstream extraction process as specified in clause G.8.8.1 with any combination of values for priority_id, temporal_id, dependency_id, or quality_id as the input shall result in a set of coded video sequences, with each coded video sequence conforming to one or more of the profiles specified in Annexes A and G.<br><br>*See* ITU-T H.264 at 489.<br><br>The representation of a particular scalable layer is the set of NAL units that represents the set union of the particular scalable layer and all scalable layers on which the particular scalable layer directly or indirectly depends. The representation of a scalable layer is also referred to as scalable layer representation. In the following specification of this clause, the terms representation of a scalable layer and scalable layer representation are also used for referring to the access unit set that can be constructed from the NAL units of the scalable layer representation. A scalable layer representation can be decoded independently of all NAL units that do not belong to the scalable layer representation. The decoding result of a scalable layer representation is the set of decoded pictures that are obtained by decoding the access unit set of the scalable layer representation.<br><br>*See* ITU-T H.264 at 624. |

| (Infringement) |
|---|
| C   🔒 sciencedirect.com/topics/engineering/scalable-coding<br><br>to serve the various users' requirements. Usually all participants would have to agree on some minimal quality for the video conference, but this is not really satisfactory in many cases. With the advent of SVC, the MCU is not needed because transcoding is not needed. Using the SVC standard, so-called *video routers* can be substituted for the MCUs. These routers only have to forward and delete packets <u>as appropriate to that user's connection and needs</u>, so little extra delay is added. In effect, video packets can be routed by the video router based on their headers, just like other network packets.<br><br>*See* https://www.sciencedirect.com/topics/engineering/temporal-scalability (last accessed Oct. 6, 2021) (annotated). |

| | |
|---|---|
| and wherein the video router transmits the layered video data stream according to | Scalable video routers facilitate the distribution of scalable bitstreams of video information across a packet switched network, such as the internet.  Data packets are the result of a process of dividing information into units so that said units may be transmitted across a packet switched network. At the destination, the data packets are reassembled to produce the information from which said data packets were derived. |

| (Infringement) |
|---|
| an internet protocol; <br><br> wherein each layer of the layered video data stream comprises data packets, |  |

US 11,019,372

| (Infringement) |
|---|
| Data packets that are transmitted across the internet are comprised of a header and payload/body, according to the internet protocol. The payload is comprised of the data intended for transmission, and the header is information facilitating said transmission. Moreover, the payload of a packet is often another packet, comprising another header and another payload, as each packet layer is designed to be handled by a different part of the data distribution process. (NOTE: packet layers are not to be confused with scalable video layers).<br><br><br><br>*See* http://web.deu.edu.tr/doc/oreily/networking/firewall/ch06_03.htm (last accessed Oct. 6, 2021). |

18

| (Infringement) | |
|---|---|
| | Additionally, the final payload of a scalable video data packet is a NAL Unit, which is also a unit of information comprising a header and a body. Scalable bitstreams that conform to the H.264 standard are transmitted as a sequence of NAL units. |
| | ip.hhi.de/imagecom_G1/savce/downloads/SVC-Overview.pdf  ⊕ |
| | ### A.  Network Abstraction Layer (NAL)<br><br>The coded video data are organized into NAL units, which are packets that each contains an integer number of bytes. A NAL unit starts with a one-byte header, which signals the type of the contained data. The remaining bytes represent payload data. NAL units are classified into VCL NAL units, which con- |
| | *See* http://ip.hhi.de/imagecom_G1/savce/downloads/SVC-Overview.pdf (last accessed Oct. 6, 2021). |
| each of which is encoded with a sequence number | Each data packet is identified by a sequence number which uniquely identified said packet among all other packets in the message.  Every packet in the sequence contains an identification value that is one more than that of the previous packet in the sequence. |

US 11,019,372

| (Infringement) |
| --- |
|  |

*See* http://linfo.org/packet_header.html (last accessed Oct. 6, 2021).

US 11,019,372

| (Infringement) |
|---|



*See* https://www.thegeekstuff.com/2012/03/ip-protocol-header/ (last accessed Oct. 6, 2021).

US 11,019,372

| (Infringement) |
|---|



| | → C ⌂  🛡 🔒 https://www.**thegeekstuff.com**/2012/03/ip-protocol-header/ |
|---|---|
| | ■ ***Identification(16 bits)***: This field is used for uniquely identifying the IP datagrams. This value is incremented every-time an IP datagram is sent from source to the destination. This field comes in handy while reassembly of fragmented IP data grams.<br><br>*See* https://www.thegeekstuff.com/2012/03/ip-protocol-header/ (last accessed Oct. 6, 2021). |
| and a layer identifier, and wherein the layer identifier for each data packet is based upon a layer to which the packet belongs. | Each scalable layer is associated with a unique layer identifier as specified later in this clause. The representation of a particular scalable layer with a particular layer identifier layerId does not include any scalable layer with a layer identifier greater than layerId, but it may include scalable layers with layer identifiers less than layerId. The scalable layers on which a particular scalable layer depends may be indicated in the scalability information SEI message as specified later in this clause.<br><br>NOTE 3 – When all scalable layers for which scalability information is provided in the scalability information SEI message have sub_pic_layer_flag[ i ] equal to 0, the unique layer identifier values may be set equal to ( 128 * dependency_id + 8 * quality_id + temporal_id ), with dependency_id, quality_id, and temporal_id being the corresponding syntax elements that are associated with the VCL NAL units of a scalable layer.<br><br>*See* ITU-T H.264 at 624.<br><br>NAL unit headers for scalable bitstreams that comply with the H.264 standard comprise a layer identifier, which is comprised of the set of values including priority_id dependency_id, quality_id, and temporal_id, according to the standard.<br><br>**dependency_id** specifies a dependency identifier for the NAL unit. dependency_id shall be equal to 0 in prefix NAL units. The assignment of values to dependency_id is constrained by the sub-bitstream extraction process as specified in clause G.8.8.1. |

| (Infringement) |
|---|
| *See* ITU-T H.264 at 459.<br><br>**priority_id** specifies a priority identifier for the NAL unit. The assignment of values to priority_id is constrained by the sub-bitstream extraction process as specified in clause G.8.8.1.<br><br>*See* ITU-T H.264 at 458.<br><br>**quality_id** specifies a quality identifier for the NAL unit. quality_id shall be equal to 0 in prefix NAL units. The assignment of values to quality_id is constrained by the sub-bitstream extraction process as specified in clause G.8.8.1.<br><br>The variable DQId is derived by<br><br>$$DQId = ( dependency\_id << 4 ) + quality\_id \qquad (G\text{-}63)$$<br><br>When nal_unit_type is equal to 20, the bitstream shall not contain data that result in DQId equal to 0.<br><br>See ITU-T H.264 at 459.<br><br>**temporal_id** specifies a temporal identifier for the NAL unit. The assignment of values to temporal_id is constrained by the sub-bitstream extraction process as specified in clause G.8.8.1.<br><br>The value of temporal_id shall be the same for all prefix NAL units and coded slice in scalable extension NAL units of an access unit. When an access unit contains any NAL unit with nal_unit_type equal to 5 or idr_flag equal to 1, temporal_id shall be equal to 0.<br><br>See ITU-T H.264 at 459.<br><br>For instance, the graphic below illustrates an example of a hierarchal virtual layer structure.  The layers scale regarding multiple elements, such as resolution (spatial), frame rate (temporal), quality, etc.  Every unique combination of the values that comprise the layer identifier indicates the relative location of a virtual layer within the hierarchy.  For instance, the in the illustration below the convergence of the spatial value for "704 x 576", the quality value for "Minimal Quality", and the temporal value for "3.75 fr/s" comprises a single layer within the hierarchy. |

US 11,019,372

| (Infringement) |
| --- |
|  |

*See* https://slideplayer.com/slide/13389021/, slide 8 (accessed Oct. 6, 2021) (annotated).

For instance, in the example below there are nine layers that are possible for each spatial value (e.g. 704 x 576), or for each quality value (e.g. minimal quality), or for each temporal value (e.g. 3.75 fr/s).  Bitstream subsets can be derived from all of the NAL units of a given layer and all layers with a layer identifier less than the layer identifier of said layer, forming a hierarchy of virtual layers.

US 11,019,372

| (Infringement) |
|---|
| <br>*See* https://slideplayer.com/slide/13389021/, slide 8 (accessed Oct. 6, 2021) (annotated). |
| 6. A method for transmitting video signals, the | Scalable video routers conforming to the H.264 standard perform a method of transmitting video signals by forwarding data packets containing scalable video information. |

US 11,019,372

| (Infringement) | |
|---|---|
| method comprising: | to serve the various users' requirements. Usually all participants would have to agree on some minimal quality for the video conference, but this is not really satisfactory in many cases. With the advent of SVC, the MCU is not needed because transcoding is not needed. Using the SVC standard, so-called *video routers* can be substituted for the MCUs. These routers only have to forward and delete packets as appropriate to that user's connection and needs, so little extra delay is added. In effect, video packets can be routed by the video router based on their headers, just like other network packets.<br><br>*See* https://www.sciencedirect.com/topics/engineering/temporal-scalability (last accessed Oct. 6, 2021) (annotated). |
| receiving a layered video data stream | Scalable video routers conforming to the H.264 standard perform a method of receiving a multi-layered stream. |

US 11,019,372

| (Infringement) |
|---|
| sciencedirect.com/topics/engineering/scalable-video-coding<br><br>## Communicating Pictures: Delivery Across Networks<br><br>David R. Bull, in Communicating Pictures, 2014<br><br>### Scalable video encoding<br>It is common in video transmission for the signal to be encoded and transmitted without explicit knowledge of the downstream network conditions. In cases where network congestion exists in a packet switched network such as the internet, routers will discard packets that they are unable to forward due to congestion. In some cases it is possible for packets within a stream to be prioritized or embedded such that the least important information is discarded before the more important data. This mechanism lends itself to scalable or layered encoding, where a video signal is composed of a hierarchical layering in terms of spatial resolution, temporal resolution or SNR. This enables devices to transmit and receive multilayered video streams where a base level of quality can be improved through the use of optional additional layers that enhance resolution, frame rate, and/or quality.<br><br>*See* https://www.sciencedirect.com/topics/engineering/temporal-scalability (last accessed Oct. 6, 2021) (annotated). |

US 11,019,372

| (Infringement) |
|---|
| comprising a <span style="color:blue">base layer</span> and a <span style="color:red">set of enhancement layers</span>; |  |

US 11,019,372

| (Infringement) |
|---|
| *See* https://www.mistralsolutions.com/articles/h-264-svc-update-h-264-video-compression-standard/ (last accessed Oct. 6, 2021).<br><br><span style="color:blue">The "base layer" is the minimum decodable bitstream subset (or sub-bitstream),</span> <span style="color:red">and every other layer is an enhancement layer.</span><br><br>**G.3.4**   **base layer**: A *bitstream subset* that contains all *NAL units* with the nal_unit_type *syntax element* equal to 1 and 5 of the *bitstream* and does not contain any *NAL unit* with the nal_unit_type *syntax element* equal to 14, 15, or 20 and conforms to one or more of the profiles specified in Annex A.<br><br>*See* ITU-T H.264 at 437. |

| (Infringement) |
|---|
|  |
| *See* https://www.sciencedirect.com/topics/engineering/temporal-scalability (last accessed Oct. 6, 2021) (annotated). |

US 11,019,372

| (Infringement) | |
|---|---|
| |  |

| (Infringement) |
|---|
| *See* ITU-T H.264 at 440.<br><br>G.3.6     **bitstream subset**: A *bitstream* that is derived as a *subset* from a *bitstream* by discarding zero or more *NAL units*. A *bitstream subset* is also referred to as *sub-bitstream*.<br><br>*See* ITU-T H.264 at 437.<br><br>Scalable video coding is specified in Annex G allowing the construction of bitstreams that contain sub-bitstreams that conform to this Specification. For temporal bitstream scalability, i.e., the presence of a sub-bitstream with a smaller temporal sampling rate than the bitstream, complete access units are removed from the bitstream when deriving the sub-bitstream. In this case, high-level syntax and inter prediction reference pictures in the bitstream are constructed accordingly. For spatial and quality bitstream scalability, i.e., the presence of a sub-bitstream with lower spatial resolution or quality than the bitstream, NAL units are removed from the bitstream when deriving the sub-bitstream. In this case, inter-layer prediction, i.e., the prediction of the higher spatial resolution or quality signal by data of the lower spatial resolution or quality signal, is typically used for efficient coding. Otherwise, the coding algorithm as described in the previous paragraph is used.<br><br>*See* ITU-T H.264 at 4. |

| identifying bandwidth-limited conditions of an internet protocol network between a video router and a plurality of | Scalable video routers detect conditions in which bandwidth is limited.  Such a bandwidth limitation could be caused by a congested state of a network over which packets must be sent, or a weak physical connection between two or more links in the network, or a limitation in the capabilities of a receiver, or some other network condition that would limit the bandwidth between one or more links. |

| (Infringement) |
|---|
| video receivers; |

video receivers;

sciencedirect.com/topics/engineering/scalable-video-coding

## Communicating Pictures: Delivery Across Networks

David R. Bull, in Communicating Pictures, 2014

### Scalable video encoding

It is common in video transmission for the signal to be encoded and transmitted without explicit knowledge of the downstream network conditions. In cases where network congestion exists in a packet switched network such as the internet, routers will discard packets that they are unable to forward due to congestion. In some cases it is possible for packets within a stream to be prioritized or embedded such that the least important information is discarded before the more important data. This mechanism lends itself to scalable or layered encoding, where a video signal is composed of a hierarchical layering in terms of spatial resolution, temporal resolution or SNR. This enables devices to transmit and receive multilayered video streams where a base level of quality can be improved through the use of optional additional layers that enhance resolution, frame rate, and/or quality.

*See* https://www.sciencedirect.com/topics/engineering/temporal-scalability (last accessed Oct. 6, 2021) (annotated).

US 11,019,372

| (Infringement) |
|---|
| <br><br>*See* https://www.sciencedirect.com/topics/engineering/temporal-scalability (last accessed Oct. 6, 2021) (annotated). |

| forwarding the base layer to at least two of the plurality of video receivers via the internet protocol network; | Because the base layer is the minimum bitstream subset of a given scalable bitstream that is capable of being decoded, every receiver that receives a decodable bitstream subset is sent at least the base layer. |
|---|---|

US 11,019,372

| (Infringement) |
|---|
| **G.8.8.2  Specification of the base layer bitstream**<br><br>Each scalable bitstream that conforms to this specification shall contain a base layer bitstream that conforms to one or more of the profiles specified in Annex A. This base layer bitstream is derived by invoking the sub-bitstream extraction process as specified in clause G.8.8.1 with dIdTarget being equal to 0 and qIdTarget being equal to 0 and the base layer bitstream being the output.<br><br>NOTE – Although all scalable bitstreams that conform to one or more of the profiles specified in this annex contain a base layer bitstream that conforms to one or more of the profiles specified in Annex A, the complete scalable bitstream (prior to operation of the base layer extraction process specified in this clause) may not conform to any profile specified in Annex A.<br><br>**Rec. ITU-T H.264 (06/2019)**   595<br><br>*See* ITU-T H.264 at 595. |

| | |
|---|---|
| and selectively forwarding one or more of the set of enhancement layers, but fewer than all of the set of enhancement layers, to at least two of the plurality of video receivers | If a given end destination can be reached at data speeds insufficient to transmit the complete scalable bitstream because of a bandwidth-limiting condition, the scalable video router will select and send all of the enhancement layers which can be sent at sufficient data speeds for each of the plurality of video receivers.<br><br>For instance, as shown below, fewer than all of the set of enhancement layers are forwarded when priority_id is greater than pIdTarget, or temporal_id is greater than tIdTarget, or dependency_id is greater than dIdTarget (or dependency_id is equal to dIdTarget but quality_id is greater than qIdTarget) for any VCL NAL units or filler data NAL units in the bitstream. |

US 11,019,372

| (Infringement) |
| --- |
| through the internet protocol network based upon the identified bandwidth-limited conditions; | The sub-bitstream is derived by applying the following operations in sequential order:<br><br>1. Mark all VCL NAL units and filler data NAL units for which any of the following conditions are true as "to be removed from the bitstream":<br><br>– priority_id is greater than pIdTarget,<br><br>– temporal_id is greater than tIdTarget,<br><br>– dependency_id is greater than dIdTarget,<br><br>– dependency_id is equal to dIdTarget and quality_id is greater than qIdTarget.<br><br>2. Remove all access units for which all VCL NAL units are marked as "to be removed from the bitstream".<br><br>3. Remove all VCL NAL units and filler data NAL units that are marked as "to be removed from the bitstream".<br><br>4. When dIdTarget is equal to 0 and qIdTarget is equal to 0, remove the following NAL units:<br><br>– all NAL units with nal_unit_type equal to 14 or 15,<br><br>– all NAL units with nal_unit_type equal to 6 in which the first SEI message has payloadType in the range of 24 to 35, inclusive.<br><br>5. Remove all NAL units with nal_unit_type equal to 6 that only contain SEI messages that are part of a scalable nesting SEI message with any of the following properties:<br><br>– sei_temporal_id is greater than tIdTarget,<br><br>– the minimum value of ( sei_dependency_id[ i ] << 4 ) + sei_quality_id[ i ] for all i in the range of 0 to num_layer_representations_minus1, inclusive, is greater than ( dIdTarget << 4 ) + qIdTarget.<br><br>6. Remove all NAL units with nal_unit_type equal to 6 that contain SEI messages with payloadType equal to 24, 28, or 29.<br><br>*See* ITU-T H.264 at 595. |

US 11,019,372

| (Infringement) |
| --- |
| All sub-bitstreams that can be derived using the sub-bitstream extraction process as specified in clause G.8.8.1 with any combination of values for priority_id, temporal_id, dependency_id, or quality_id as the input shall result in a set of coded video sequences, with each coded video sequence conforming to one or more of the profiles specified in Annexes A and G. <br><br> See ITU-T H.264 at 489. <br><br> The representation of a particular scalable layer is the set of NAL units that represents the set union of the particular scalable layer and all scalable layers on which the particular scalable layer directly or indirectly depends. The representation of a scalable layer is also referred to as scalable layer representation. In the following specification of this clause, the terms representation of a scalable layer and scalable layer representation are also used for referring to the access unit set that can be constructed from the NAL units of the scalable layer representation. A scalable layer representation can be decoded independently of all NAL units that do not belong to the scalable layer representation. The decoding result of a scalable layer representation is the set of decoded pictures that are obtained by decoding the access unit set of the scalable layer representation. <br><br> See ITU-T H.264 at 624. |

| (Infringement) |
| --- |

| | ⟳  🔒 sciencedirect.com/topics/engineering/scalable-coding

to serve the various users' requirements. Usually all participants would have to agree on some minimal quality for the video conference, but this is not really satisfactory in many cases. With the advent of SVC, the MCU is not needed because transcoding is not needed. Using the SVC standard, so-called *video routers* can be substituted for the MCUs. These routers only have to forward and delete packets <u>as appropriate to that user's connection and needs</u>, so little extra delay is added. In effect, video packets can be routed by the video router based on their headers, just like other network packets.

*See* https://www.sciencedirect.com/topics/engineering/temporal-scalability (last accessed Oct. 6, 2021) (annotated). |
| wherein the layered video data stream is transmitted according to an internet protocol; and wherein each layer of the layered | Scalable video routers facilitate the distribution of scalable bitstreams of video information across a packet switched network, such as the internet, using internet protocol. Data packets are the result of a process of dividing information into units so that said units may be transmitted across a packet switched network. At the destination, the data packets are reassembled to produce the information from which said data packets were derived. |

US 11,019,372

| (Infringement) |
| --- |
| video data stream comprises data packets,  |

| **(Infringement)** |
|---|

| | Data packets that are transmitted across the internet are comprised of a header and payload/body, according to the internet protocol. The payload is comprised of the data intended for transmission, and the header is information facilitating said transmission. Moreover, the payload of a packet is often another packet, comprising another header and another payload, as each packet layer is designed to be handled by a different part of the data distribution process. (NOTE: packet layers are not to be confused with scalable video layers). |
|---|---|



Packets are constructed in such a way that layers for each protocol used for a particular connection are wrapped around the packets, like the layers of skin on an onion.

At each layer, a packet has two parts: the header and the body. The header contains protocol information relevant to that layer, while the body contains the data for that layer which often consists of a whole packet from the next layer in the stack. Each layer treats the information it gets from the layer above it as data, and applies its own header to this data. At each layer, the packet contains all of the information passed from the higher layer; nothing is lost. This process of preserving the data while attaching a new header is known as *encapsulation*.

At the application layer, the packet consists simply of the data to be transferred (for example, part of a file being transferred during an FTP session). As it moves to the transport layer, the Transmission Control Protocol (TCP) or the User Datagram Protocol (UDP) preserves the data from the previous layer and attaches a header to it. At the next layer, IP considers the entire packet (consisting now of the TCP or UDP header and the data) to be data, and now attaches its own IP header. Finally, at the network access layer, Ethernet or another network protocol considers the entire IP packet passed to it to be data, and attaches its own header. Figure 6.2 shows how this works.

**Figure 6.2: Data encapsulation**

At the other side of the connection, this process is reversed. As the data is passed up from one layer to the next higher layer, each header (each skin of the onion) is stripped off by its respective layer. For example, the Internet layer removes the IP header before passing the encapsulated data up to the transport layer (TCP or UDP).

*See* http://web.deu.edu.tr/doc/oreily/networking/firewall/ch06_03.htm (last accessed Oct. 6, 2021).

| (Infringement) | |
|---|---|
| | Additionally, the final payload of a scalable video data packet is a NAL Unit, which is also a unit of information comprising a header and a body. Scalable bitstreams that conform to the H.264 standard are transmitted as a sequence of NAL units. |

ip.hhi.de/imagecom_G1/savce/downloads/SVC-Overview.pdf

## A. *Network Abstraction Layer (NAL)*

The coded video data are organized into NAL units, which are packets that each contains an integer number of bytes. A NAL unit starts with a one-byte header, which signals the type of the contained data. The remaining bytes represent payload data. NAL units are classified into VCL NAL units, which con-

*See* http://ip.hhi.de/imagecom_G1/savce/downloads/SVC-Overview.pdf (last accessed Oct. 6, 2021).

| each of which is encoded with a sequence number | Each data packet is identified by a sequence number which uniquely identified said packet among all other packets in the message.  Every packet in the sequence contains an identification value that is one more than that of the previous packet in the sequence. |
|---|---|

| (Infringement) |
|---|
|  |



Not Secure | linfo.org/packet_header.html

# Packet Header Definition

A *packet header* is the portion of an IP (Internet protocol) *packet* that precedes its body and contains addressing and other data that is required for it to reach its intended destination.

Packets are the fundamental unit of information transport in all modern computer networks, and increasingly in other communications networks as well. They can be a fixed size or variable sizes, depending on the system. Regardless of their size, each packet consists of three main parts: a header, the body, also called the *payload*, and a *trailer*.

The header's format is specified in the Internet protocol. It normally contains 20 bytes of data, although an option exists within it that allows the addition of more bytes.

Among the contents of the header are the version of IP (which is always set to 4, because IPv4 is being used), the sender's IP address, the intended receiver's IP address, the number of packets the message has been broken into, the identification number of the particular packet, the protocol (e.g. 1 for ICMP, 2 for IGMP, 6 for TCP and 17 for UDP) used, the packet length (on networks that have variable length packets), the *time to live* (i.e., the number of links or *hops* that the packet can be routed before being allowed to expire) and synchronization data (several bits that help the packet match up to the network).

*See* http://linfo.org/packet_header.html (last accessed Oct. 6, 2021).

US 11,019,372

| (Infringement) |
|---|
|  *See* https://www.thegeekstuff.com/2012/03/ip-protocol-header/ (last accessed Oct. 6, 2021). |

| (Infringement) | |
|---|---|
| | https://www.**thegeekstuff.com**/2012/03/ip-protocol-header/ |
| | ■ ***Identification(16 bits)***: This field is used for uniquely identifying the IP datagrams. This value is incremented every-time an IP datagram is sent from source to the destination. This field comes in handy while reassembly of fragmented IP data grams.<br><br>*See* https://www.thegeekstuff.com/2012/03/ip-protocol-header/ (last accessed Oct. 6, 2021). |
| and a layer identifier, and wherein the layer identifier for each data packet is based upon a layer to which the packet belongs. | Each scalable layer is associated with a unique layer identifier as specified later in this clause. The representation of a particular scalable layer with a particular layer identifier layerId does not include any scalable layer with a layer identifier greater than layerId, but it may include scalable layers with layer identifiers less than layerId. The scalable layers on which a particular scalable layer depends may be indicated in the scalability information SEI message as specified later in this clause.<br><br>NOTE 3 – When all scalable layers for which scalability information is provided in the scalability information SEI message have sub_pic_layer_flag[ i ] equal to 0, the unique layer identifier values may be set equal to ( 128 * dependency_id + 8 * quality_id + temporal_id ), with dependency_id, quality_id, and temporal_id being the corresponding syntax elements that are associated with the VCL NAL units of a scalable layer.<br><br>*See* ITU-T H.264 at 624.<br><br>NAL unit headers for scalable bitstreams that comply with the H.264 standard comprise a layer identifier, which is comprised of the set of values including priority_id dependency_id, quality_id, and temporal_id, according to the standard.<br><br>**dependency_id** specifies a dependency identifier for the NAL unit. dependency_id shall be equal to 0 in prefix NAL units. The assignment of values to dependency_id is constrained by the sub-bitstream extraction process as specified in clause G.8.8.1. |

| (Infringement) |
|---|
| *See* ITU-T H.264 at 459.<br><br>**priority_id** specifies a priority identifier for the NAL unit. The assignment of values to priority_id is constrained by the sub-bitstream extraction process as specified in clause G.8.8.1.<br><br>*See* ITU-T H.264 at 458.<br><br>**quality_id** specifies a quality identifier for the NAL unit. quality_id shall be equal to 0 in prefix NAL units. The assignment of values to quality_id is constrained by the sub-bitstream extraction process as specified in clause G.8.8.1.<br><br>The variable DQId is derived by<br><br>$$DQId = ( dependency\_id << 4 ) + quality\_id \qquad (G\text{-}63)$$<br><br>When nal_unit_type is equal to 20, the bitstream shall not contain data that result in DQId equal to 0.<br><br>See ITU-T H.264 at 459.<br><br>**temporal_id** specifies a temporal identifier for the NAL unit. The assignment of values to temporal_id is constrained by the sub-bitstream extraction process as specified in clause G.8.8.1.<br><br>The value of temporal_id shall be the same for all prefix NAL units and coded slice in scalable extension NAL units of an access unit. When an access unit contains any NAL unit with nal_unit_type equal to 5 or idr_flag equal to 1, temporal_id shall be equal to 0.<br><br>See ITU-T H.264 at 459.<br><br>For instance, the graphic below illustrates an example of a hierarchal virtual layer structure.  The layers scale regarding multiple elements, such as resolution (spatial), frame rate (temporal), quality, etc.  Every unique combination of the values that comprise the layer identifier indicates the relative location of a virtual layer within the hierarchy.  For instance, the in the illustration below the convergence of the spatial value for "704 x 576", the quality value for "Minimal Quality", and the temporal value for "3.75 fr/s" comprises a single layer within the hierarchy. |

| (Infringement) |
|---|
| 

*See* https://slideplayer.com/slide/13389021/, slide 8 (accessed Oct. 6, 2021) (annotated).

For instance, in the example below there are nine layers that are possible for each spatial value (e.g. 704 x 576), or for each quality value (e.g. minimal quality), or for each temporal value (e.g. 3.75 fr/s).   Bitstream subsets can be derived from all of the NAL units of a given layer and all layers with a layer identifier less than the layer identifier of said layer, forming a hierarchy of virtual layers. |

| **(Infringement)** |
| --- |
| <br>*See* https://slideplayer.com/slide/13389021/, slide 8 (accessed Oct. 6, 2021) (annotated). |
| 11. A scalable video coding router, comprising: — Scalable video routers conforming to the H.264 standard perform a method of transmitting video signals by forwarding data packets containing scalable video information. |

| (Infringement) |
|---|
| ⟳   🔒 sciencedirect.com/topics/engineering/scalable-coding<br><br>to serve the various users' requirements. Usually all participants would have to agree on some minimal quality for the video conference, but this is not really satisfactory in many cases. With the advent of SVC, the MCU is not needed because transcoding is not needed. Using the SVC standard, so-called *video routers* can be substituted for the MCUs. These routers only have to <u>forward</u> and delete packets as appropriate to that user's connection and needs, so little extra delay is added. In effect, video packets can be routed by the video router based on their headers, just like other network packets.<br><br>*See* https://www.sciencedirect.com/topics/engineering/temporal-scalability (last accessed Oct. 6, 2021) (annotated). |

| a memory; and<br><br>a processor,<br><br>wherein the processor executes instructions stored in the memory to cause the | All routers comprise a memory and a processor, wherein the processor executes instructions stored in the memory. |

scalable
video coding
router to:



| | **(Infringement)** |
|---|---|
| | *See* https://www.learncisco.net/courses/icnd-2/network-management/router-internal-components-overview.html (last accessed Oct. 6, 2021) (annotated). |
| receive a layered video data stream | Scalable video routers conforming to the H.264 standard perform a method of receiving a multi-layered stream. |

US 11,019,372

| (Infringement) |
| --- |
| |

**Communicating Pictures: Delivery Across Networks**

David R. Bull, in Communicating Pictures, 2014

Scalable video encoding

It is common in video transmission for the signal to be encoded and transmitted without explicit knowledge of the downstream network conditions. In cases where network congestion exists in a packet switched network such as the internet, routers will discard packets that they are unable to forward due to congestion. In some cases it is possible for packets within a stream to be prioritized or embedded such that the least important information is discarded before the more important data. This mechanism lends itself to scalable or layered encoding, where a video signal is composed of a hierarchical layering in terms of spatial resolution, temporal resolution or SNR. This enables devices to transmit and receive multilayered video streams where a base level of quality can be improved through the use of optional additional layers that enhance resolution, frame rate, and/or quality.

*See* https://www.sciencedirect.com/topics/engineering/temporal-scalability (last accessed Oct. 6, 2021) (annotated).

| (Infringement) |
|---|
| that comprises a <span style="color:blue">base layer</span> and a <span style="color:red">set of enhancement layers</span>,  |

Figure 1: H.264 SVC Layering Technique

| (Infringement) |
| --- |
| *See* https://www.mistralsolutions.com/articles/h-264-svc-update-h-264-video-compression-standard/ (last accessed Oct. 6, 2021).<br><br>The "base layer" is the minimum decodable bitstream subset (or sub-bitstream), and every other layer is an enhancement layer.<br><br>    **G.3.4**    **base layer**: A *bitstream subset* that contains all *NAL units* with the nal_unit_type *syntax element* equal to 1 and 5 of the *bitstream* and does not contain any *NAL unit* with the nal_unit_type *syntax element* equal to 14, 15, or 20 and conforms to one or more of the profiles specified in Annex A.<br><br>*See* ITU-T H.264 at 437. |

US 11,019,372

| (Infringement) |
|---|
| <br><br>*See* https://www.sciencedirect.com/topics/engineering/temporal-scalability (last accessed Oct. 6, 2021) (annotated). |

US 11,019,372

| (Infringement) | |
|---|---|
| |  |

| | (Infringement) |
|---|---|
| | *See* ITU-T H.264 at 440.<br><br>G.3.6   **bitstream subset**: A *bitstream* that is derived as a *subset* from a *bitstream* by discarding zero or more *NAL units*. A *bitstream subset* is also referred to as *sub-bitstream*.<br><br>*See* ITU-T H.264 at 437.<br><br>Scalable video coding is specified in Annex G allowing the construction of bitstreams that contain sub-bitstreams that conform to this Specification. For temporal bitstream scalability, i.e., the presence of a sub-bitstream with a smaller temporal sampling rate than the bitstream, complete access units are removed from the bitstream when deriving the sub-bitstream. In this case, high-level syntax and inter prediction reference pictures in the bitstream are constructed accordingly. For spatial and quality bitstream scalability, i.e., the presence of a sub-bitstream with lower spatial resolution or quality than the bitstream, NAL units are removed from the bitstream when deriving the sub-bitstream. In this case, inter-layer prediction, i.e., the prediction of the higher spatial resolution or quality signal by data of the lower spatial resolution or quality signal, is typically used for efficient coding. Otherwise, the coding algorithm as described in the previous paragraph is used.<br><br>*See* ITU-T H.264 at 4. |
| identify bandwidth-limited conditions of an internet protocol network between the video router and a set of video receivers; | Scalable video routers detect conditions in which bandwidth is limited.  Such a bandwidth limitation could be caused by a congested state of a network over which packets must be sent, or a weak physical connection between two or more links in the network, or a limitation in the capabilities of a receiver, or some other network condition that would limit the bandwidth between one or more links. |

US 11,019,372

| (Infringement) |
|---|
| sciencedirect.com/topics/engineering/scalable-video-coding<br><br>**Communicating Pictures: Delivery Across Networks**<br><br>David R. Bull, in Communicating Pictures, 2014<br><br>Scalable video encoding<br>It is common in video transmission for the signal to be encoded and transmitted without explicit knowledge of the downstream network conditions. In cases where network congestion exists in a packet switched network such as the internet, routers will discard packets that they are unable to forward due to congestion. In some cases it is possible for packets within a stream to be prioritized or embedded such that the least important information is discarded before the more important data. This mechanism lends itself to scalable or layered encoding, where a video signal is composed of a hierarchical layering in terms of spatial resolution, temporal resolution or SNR. This enables devices to transmit and receive multilayered video streams where a base level of quality can be improved through the use of optional additional layers that enhance resolution, frame rate, and/or quality.<br><br>*See* https://www.sciencedirect.com/topics/engineering/temporal-scalability (last accessed Oct. 6, 2021) (annotated). |

| (Infringement) |
|---|
| C   🔒 sciencedirect.com/topics/engineering/scalable-coding<br><br>to serve the various users' requirements. Usually all participants would have to agree on some minimal quality for the video conference, but this is not really satisfactory in many cases. With the advent of SVC, the MCU is not needed because transcoding is not needed. Using the SVC standard, so-called *video routers* can be substituted for the MCUs. These routers only have to forward and delete packets <u>as appropriate to that user's connection and needs</u>, so little extra delay is added. In effect, video packets can be routed by the video router based on their headers, just like other network packets.<br><br>*See* https://www.sciencedirect.com/topics/engineering/temporal-scalability (last accessed Oct. 6, 2021) (annotated). |

| forward the base layer from the video router to at least two of the set of video receivers; | Because the base layer is the minimum bitstream subset of a given scalable bitstream that is capable of being decoded, every receiver that receives a decodable bitstream subset is sent at least the base layer. |
|---|---|

| | **(Infringement)** |
|---|---|
| | **G.8.8.2  Specification of the base layer bitstream**<br><br>Each scalable bitstream that conforms to this specification shall contain a base layer bitstream that conforms to one or more of the profiles specified in Annex A. This base layer bitstream is derived by invoking the sub-bitstream extraction process as specified in clause G.8.8.1 with dIdTarget being equal to 0 and qIdTarget being equal to 0 and the base layer bitstream being the output.<br><br>NOTE – Although all scalable bitstreams that conform to one or more of the profiles specified in this annex contain a base layer bitstream that conforms to one or more of the profiles specified in Annex A, the complete scalable bitstream (prior to operation of the base layer extraction process specified in this clause) may not conform to any profile specified in Annex A.<br><br>**Rec. ITU-T H.264 (06/2019)**       595<br><br>*See* ITU-T H.264 at 595. |
| wherein the scalable video coding router forwards all of the set of enhancement layers to at least two of the video receivers in the set of video receivers with bandwidth- | To all of the end destinations (video receivers) that can be reached at data speeds sufficient to transmit the complete scalable bitstream (i.e. can be reached with sufficient bandwidth), the scalable video router will select and send all of the enhancement layers of the scalable video bitstream.<br><br>For instance, as shown below, all of the set of enhancement layers are forwarded when priority_id is less than or equal to pIdTarget, temporal_id is less than or equal to tIdTarget, and dependency_id is less than dIdTarget (or dependency_id is equal to dIdTarget but quality_id is less than or equal to qIdTarget) for all VCL NAL units and filler data NAL units in the bitstream. |

| (Infringement) | |
|---|---|
| sufficient conditions, | The sub-bitstream is derived by applying the following operations in sequential order:<br><br>1. Mark all VCL NAL units and filler data NAL units for which any of the following conditions are true as "to be removed from the bitstream":<br><br>    – priority_id is greater than pIdTarget,<br><br>    – temporal_id is greater than tIdTarget,<br><br>    – dependency_id is greater than dIdTarget,<br><br>    – dependency_id is equal to dIdTarget and quality_id is greater than qIdTarget.<br><br>2. Remove all access units for which all VCL NAL units are marked as "to be removed from the bitstream".<br><br>3. Remove all VCL NAL units and filler data NAL units that are marked as "to be removed from the bitstream".<br><br>4. When dIdTarget is equal to 0 and qIdTarget is equal to 0, remove the following NAL units:<br><br>    – all NAL units with nal_unit_type equal to 14 or 15,<br><br>    – all NAL units with nal_unit_type equal to 6 in which the first SEI message has payloadType in the range of 24 to 35, inclusive.<br><br>5. Remove all NAL units with nal_unit_type equal to 6 that only contain SEI messages that are part of a scalable nesting SEI message with any of the following properties:<br><br>    – sei_temporal_id is greater than tIdTarget,<br><br>    – the minimum value of ( sei_dependency_id[ i ] << 4 ) + sei_quality_id[ i ] for all i in the range of 0 to num_layer_representations_minus1, inclusive, is greater than ( dIdTarget << 4 ) + qIdTarget.<br><br>6. Remove all NAL units with nal_unit_type equal to 6 that contain SEI messages with payloadType equal to 24, 28, or 29.<br><br><br>*See* ITU-T H.264 at 595. |

| (Infringement) |
|---|
| wherein the scalable video coding router selectively forwards one or more of the set of enhancement layers, but fewer than all of the set of enhancement layers, to at least two of the remaining video receivers in the set of video receivers based upon the identified bandwidth-limited conditions; | If a given end destination can be reached at data speeds insufficient to transmit the complete scalable bitstream because of a bandwidth limitation, the scalable video router will select and send all of the enhancement layers which can be sent at sufficient data speeds for each of the plurality of video receivers.<br><br>For instance, as shown below, fewer than all of the set of enhancement layers are forwarded when priority_id is greater than pIdTarget, or temporal_id is greater than tIdTarget, or dependency_id is greater than dIdTarget (or dependency_id is equal to dIdTarget but quality_id is greater than qIdTarget) for any VCL NAL units or filler data NAL units in the bitstream. |

| (Infringement) |
|---|
| The sub-bitstream is derived by applying the following operations in sequential order:<br><br>1. Mark all VCL NAL units and filler data NAL units for which any of the following conditions are true as "to be removed from the bitstream":<br><br>  &ndash;  priority_id is greater than pIdTarget,<br><br>  &ndash;  temporal_id is greater than tIdTarget,<br><br>  &ndash;  dependency_id is greater than dIdTarget,<br><br>  &ndash;  dependency_id is equal to dIdTarget and quality_id is greater than qIdTarget.<br><br>2. Remove all access units for which all VCL NAL units are marked as "to be removed from the bitstream".<br><br>3. Remove all VCL NAL units and filler data NAL units that are marked as "to be removed from the bitstream".<br><br>4. When dIdTarget is equal to 0 and qIdTarget is equal to 0, remove the following NAL units:<br><br>  &ndash;  all NAL units with nal_unit_type equal to 14 or 15,<br><br>  &ndash;  all NAL units with nal_unit_type equal to 6 in which the first SEI message has payloadType in the range of 24 to 35, inclusive.<br><br>5. Remove all NAL units with nal_unit_type equal to 6 that only contain SEI messages that are part of a scalable nesting SEI message with any of the following properties:<br><br>  &ndash;  sei_temporal_id is greater than tIdTarget,<br><br>  &ndash;  the minimum value of ( sei_dependency_id[ i ] << 4 ) + sei_quality_id[ i ] for all i in the range of 0 to num_layer_representations_minus1, inclusive, is greater than ( dIdTarget << 4 ) + qIdTarget.<br><br>6. Remove all NAL units with nal_unit_type equal to 6 that contain SEI messages with payloadType equal to 24, 28, or 29.<br><br><br>*See* ITU-T H.264 at 595. |

| (Infringement) |
| --- |
| All sub-bitstreams that can be derived using the sub-bitstream extraction process as specified in clause G.8.8.1 with any combination of values for priority_id, temporal_id, dependency_id, or quality_id as the input shall result in a set of coded video sequences, with each coded video sequence conforming to one or more of the profiles specified in Annexes A and G.<br><br>*See* ITU-T H.264 at 489.<br><br>The representation of a particular scalable layer is the set of NAL units that represents the set union of the particular scalable layer and all scalable layers on which the particular scalable layer directly or indirectly depends. The representation of a scalable layer is also referred to as scalable layer representation. In the following specification of this clause, the terms representation of a scalable layer and scalable layer representation are also used for referring to the access unit set that can be constructed from the NAL units of the scalable layer representation. A scalable layer representation can be decoded independently of all NAL units that do not belong to the scalable layer representation. The decoding result of a scalable layer representation is the set of decoded pictures that are obtained by decoding the access unit set of the scalable layer representation.<br><br>*See* ITU-T H.264 at 624. |

| (Infringement) | |
|---|---|
| | C   🔒 sciencedirect.com/topics/engineering/scalable-coding<br><br>to serve the various users' requirements. Usually all participants would have to agree on some minimal quality for the video conference, but this is not really satisfactory in many cases. With the advent of SVC, the MCU is not needed because transcoding is not needed. Using the SVC standard, so-called *video routers* can be substituted for the MCUs. These routers only have to forward and delete packets <u>as appropriate to that user's connection and needs</u>, so little extra delay is added. In effect, video packets can be routed by the video router based on their headers, just like other network packets.<br><br>*See* https://www.sciencedirect.com/topics/engineering/temporal-scalability (last accessed Oct. 6, 2021) (annotated). |
| wherein the layered video data stream is transmitted according to an internet protocol, and wherein each layer of the layered | Scalable video routers facilitate the distribution of scalable bitstreams of video information across a packet switched network, such as the internet. Data packets are the result of a process of dividing information into units so that said units may be transmitted across a packet switched network. At the destination, the data packets are reassembled to produce the information from which said data packets were derived. |

US 11,019,372

| (Infringement) |
|---|
| video data stream comprises data packets, |  |

| | **(Infringement)** |
|---|---|
| | Data packets that are transmitted across the internet are comprised of a header and payload/body, according to the internet protocol. The payload is comprised of the data intended for transmission, and the header is information facilitating said transmission. Moreover, the payload of a packet is often another packet, comprising another header and another payload, as each packet layer is designed to be handled by a different part of the data distribution process. (NOTE: packet layers are not to be confused with scalable video layers).  *See* http://web.deu.edu.tr/doc/oreily/networking/firewall/ch06_03.htm (last accessed Oct. 6, 2021). |

US 11,019,372

| (Infringement) | |
|---|---|
| | Additionally, the final payload of a scalable video data packet is a NAL Unit, which is also a unit of information comprising a header and a body. Scalable bitstreams that conform to the H.264 standard are transmitted as a sequence of NAL units.<br><br>ip.hhi.de/imagecom_G1/savce/downloads/SVC-Overview.pdf     ⊕<br><br>## A.  Network Abstraction Layer (NAL)<br><br>The coded video data are organized into NAL units, which are packets that each contains an integer number of bytes. A NAL unit starts with a one-byte header, which signals the type of the contained data. The remaining bytes represent payload data. NAL units are classified into VCL NAL units, which con-<br><br>*See* http://ip.hhi.de/imagecom_G1/savce/downloads/SVC-Overview.pdf (last accessed Oct. 6, 2021). |
| each of which is encoded with a sequence number | Each data packet is identified by a sequence number which uniquely identified said packet among all other packets in the message.  Every packet in the sequence contains an identification value that is one more than that of the previous packet in the sequence. |

| (Infringement) |
| --- |
|  |

*See* http://linfo.org/packet_header.html (last accessed Oct. 6, 2021).

US 11,019,372

**(Infringement)**



*See* https://www.thegeekstuff.com/2012/03/ip-protocol-header/ (last accessed Oct. 6, 2021).

| (Infringement) |
|---|

| | → ⟳ ⌂    🛡 🔒 https://www.**thegeekstuff.com**/2012/03/ip-protocol-header/ |
|---|---|
| | ▪ ***Identification(16 bits)***: This field is used for uniquely identifying the IP datagrams. This value is incremented every-time an IP datagram is sent from source to the destination. This field comes in handy while reassembly of fragmented IP data grams.<br><br>*See* https://www.thegeekstuff.com/2012/03/ip-protocol-header/ (last accessed Oct. 6, 2021). |
| and a layer identifier, and wherein the layer identifier for each data packet is based upon a layer to which the packet belongs. | Each scalable layer is associated with a unique layer identifier as specified later in this clause. The representation of a particular scalable layer with a particular layer identifier layerId does not include any scalable layer with a layer identifier greater than layerId, but it may include scalable layers with layer identifiers less than layerId. The scalable layers on which a particular scalable layer depends may be indicated in the scalability information SEI message as specified later in this clause.<br><br>NOTE 3 – When all scalable layers for which scalability information is provided in the scalability information SEI message have sub_pic_layer_flag[ i ] equal to 0, the unique layer identifier values may be set equal to ( 128 * dependency_id + 8 * quality_id + temporal_id ), with dependency_id, quality_id, and temporal_id being the corresponding syntax elements that are associated with the VCL NAL units of a scalable layer.<br><br>*See* ITU-T H.264 at 624.<br><br>NAL unit headers for scalable bitstreams that comply with the H.264 standard comprise a layer identifier, which is comprised of the set of values including priority_id dependency_id, quality_id, and temporal_id, according to the standard.<br><br>**dependency_id** specifies a dependency identifier for the NAL unit. dependency_id shall be equal to 0 in prefix NAL units. The assignment of values to dependency_id is constrained by the sub-bitstream extraction process as specified in clause G.8.8.1. |

US 11,019,372

| (Infringement) |
|---|
| See ITU-T H.264 at 459.<br><br>**priority_id** specifies a priority identifier for the NAL unit. The assignment of values to priority_id is constrained by the sub-bitstream extraction process as specified in clause G.8.8.1.<br><br>See ITU-T H.264 at 458.<br><br>**quality_id** specifies a quality identifier for the NAL unit. quality_id shall be equal to 0 in prefix NAL units. The assignment of values to quality_id is constrained by the sub-bitstream extraction process as specified in clause G.8.8.1.<br><br>The variable DQId is derived by<br><br>$$DQId = ( dependency\_id << 4 ) + quality\_id \qquad (G\text{-}63)$$<br><br>When nal_unit_type is equal to 20, the bitstream shall not contain data that result in DQId equal to 0.<br><br>See ITU-T H.264 at 459.<br><br>**temporal_id** specifies a temporal identifier for the NAL unit. The assignment of values to temporal_id is constrained by the sub-bitstream extraction process as specified in clause G.8.8.1.<br><br>The value of temporal_id shall be the same for all prefix NAL units and coded slice in scalable extension NAL units of an access unit. When an access unit contains any NAL unit with nal_unit_type equal to 5 or idr_flag equal to 1, temporal_id shall be equal to 0.<br><br>See ITU-T H.264 at 459.<br><br>For instance, the graphic below illustrates an example of a hierarchal virtual layer structure.  The layers scale regarding multiple elements, such as resolution (spatial), frame rate (temporal), quality, etc.  Every unique combination of the values that comprise the layer identifier indicates the relative location of a virtual layer within the hierarchy.  For instance, the in the illustration below the convergence of the spatial value for "704 x 576", the quality value for "Minimal Quality", and the temporal value for "3.75 fr/s" comprises a single layer within the hierarchy. |

71

US 11,019,372

| (Infringement) |
|---|
| <br><br>*See* https://slideplayer.com/slide/13389021/, slide 8 (accessed Oct. 6, 2021) (annotated).<br><br>For instance, in the example below there are nine layers that are possible for each spatial value (e.g. 704 x 576), or for each quality value (e.g. minimal quality), or for each temporal value (e.g. 3.75 fr/s).  Bitstream subsets can be derived from all of the NAL units of a given layer and all layers with a layer identifier less than the layer identifier of said layer, forming a hierarchy of virtual layers. |

US 11,019,372

| (Infringement) |
| --- |
| <br>*See* https://slideplayer.com/slide/13389021/, slide 8 (accessed Oct. 6, 2021) (annotated). |