1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scale Video Coding LLC, <br><br> Plaintiff, <br><br> v. <br><br> Zoom Video Communications, Inc., <br><br> Defendant. | No. 2:21-cv-8183-JAK-MAA <br><br> **ORDER RE NOTICE OF VOLUNTARY DISMISSAL (DKT. 23)** <br><br> **JS-6** |

Based on a review of Plaintiff's Notice of Voluntary Dismissal (Dkt. 23), sufficient good cause has been shown for certain requested relief. Therefore, the relief requested is **GRANTED IN PART**. Pursuant to Federal Rule of Civil Procedure 41(a), the above-captioned action is dismissed in its entirety, without prejudice.

**IT IS SO ORDERED.**

Dated:   January 11, 2022

_____
John A. Kronstadt
United States District Judge